**James A. BERESFORD,
et al., Appellants,**

**v.**

**WAGNER FURNITURE INTERIORS,
INC., et al., Respondents.**

**No. WD 46535.**

Missouri Court of Appeals,
Western District.

June 22, 1993.

Motion for Rehearing and/or Transfer to
Supreme Court Denied July 27, 1993.

Paul D. Sinclair, Kansas City, for appellants.

David J. Weimer, Kansas City, for respondents.

Before BERREY, P.J., and
BRECKENRIDGE and HANNA, JJ.

## ORDER

PER CURIAM.

Plaintiffs, tenants in common of the South Seven Plaza Shopping Center, appeal the trial court's decision that Wagner Furniture Interiors, Inc. was not a tenant and therefore was not obligated to pay plaintiffs $43,470 in unpaid rent. After review in accordance with *Murphy v. Carron*, 536 S.W.2d 30, 32 (Mo. banc 1976), we affirm the judgment of the trial court.

Judgment Affirmed. Rule 84.16(b).